1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KIMBERLY GROSS,

Plaintiff,

v.

GG HOMES, INC.,

Defendants.

Case No.:  3:21-cv-271-DMS-BGS

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S COMPLAINT**

On February 16, 2021, Plaintiff Kimberly Gross, proceeding *pro se*, filed a Complaint in this Court.  (ECF No. 1.)  Defendant GG Homes, Inc. filed a motion to dismiss and/or strike the Complaint on March 10, 2021.  (ECF No. 3.)  Rather than filing a response in opposition to Defendant's motion, Plaintiff filed an Amended Complaint on March 29, 2021.  (ECF No. 4.)  The Court finds that the Amended Complaint is now the operative complaint in this case per Fed. R. Civ. P. 15(a)(1)(B).  Defendant's motion is therefore denied as moot.[1]

/ / /

---

[1] Plaintiff's motion is currently scheduled for hearing on April 9, 2021.  This hearing is also vacated for mootness.

1

**IT IS SO ORDERED**.

Dated:  April 5, 2020

Hon. Dana M. Sabraw
United States Chief District Judge