UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY GROSS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GG HOMES, INC.,<br><br>　　　　　　　Defendants. | Case No.: 21-cv-0271-DMS-BGS<br><br>**ORDER RE: ORAL ARGUMENT** |

　　Defendant GG Homes, Inc.'s motion to dismiss and to strike is currently scheduled for hearing on May 14, 2021.  The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the May 14, 2021 hearing is vacated.

　　**IT IS SO ORDERED**.

Dated:  May 10, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　Unites States Chief District Judge