Case 3:21-cv-00271-DMS-BGS   Document 27   Filed 10/14/21   PageID.392   Page 1 of 1



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Kimberly Gross

Plaintiff,

V.

GG Homes, Inc.

Defendant.

Civil Action No. 21-cv-00271-DMS-BGS

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion for reconsideration is granted and Counts I and II of the FAC are dismissed without leave to amend. Case is hereby closed.

Date: 10/14/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Olsen

J. Olsen, Deputy